Fred Lang, Respondent, v. Margaretha Jung, Appellant, and Others, Defendants.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.

Joseph A. Lauzon, Respondent, v. The New York, New Haven and Hartford Railroad Company, Appellant, and William W. Barrett, as President of the Adams Express Company, Defendant.— Judgment and order reversed and new trial granted, costs to abide the event, unless within twenty days plaintiff stipulate to reduce the recovery of damages to the sum of $20,000, in which event the judgment as modified, and the order, are unanimously affirmed, without costs. No opinion. Burr, Thomas, Rich, Stapleton and Putnam, JJ., concurred.

Lawrence Brothers, Incorporated, Appellant, v. Rose Chiangone, Respondent.— Order of the City Court of Yonkers affirmed, without costs. No opinion. Jenks, P. J., Burr, Thomas, Carr and Putnam, JJ., concurred.

Ignatz Milerk, Appellant, v. Tartar Chemical Company, Respondent.— Order affirmed, costs to abide the event. No opinion. Jenks, P. J., Burr, Thomas, Rich and Stapleton, JJ., concurred.